UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JEFFREY M. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 2:12-CV-18 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 26], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), see 28 U.S.C. § 2412(d), [Doc. 22], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 22]. Accordingly, plaintiff is awarded a fee in the amount of $2,262.50 and costs in the amount of $17.85.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE